UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MAGISTRATE JUDGE: __JEFF KAPLAN__ PRESIDING
DEPUTY CLERK: __VILA FISHER__ COURT REPORTER/TAPE NO: __K1090__
LAW CLERK: _____ USPO/PTSO: _____
INTERPRETER: _____ COURT TIME: __1 hr.__
A.M. _____ P.M. __1:00__ DATE: __APRIL 21, 2006__

☒ MAG. No. ☐ DIST. CR. No. __3-06-MJ-163__ USDJ _____

UNITED STATES OF AMERICA § __LINDA GROVES__, AUSA
v. §
  §
__JOHNATHAN GEORGELAS__ § __JOHN NICHOLSON__ ☒
  §
Defendant(s) Name(s) and Number(s) Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

☐ INITIAL APPEARANCE  ☐ BOND HEARING  ☒ PRELIMINARY HEARING  ☐ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____  ☐ Other District ☐ Division

☐ kars.      Date of Federal arrest/custody: _____ ☐ ksurr. _____ or ☐ karsr40. Rule 40  ☐ Appeared on Writ
☐ kia.       Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☐ kcnsl.     Deft first appearance with counsel.
☐ ......     ☐ Deft ☐ MW (Material Witness) ☐ _____ appeared with/without counsel.
☐ ......     Requests appointed counsel.
☐ kfinaff.   FINANCIAL AFFIDAVIT executed.
☐ koapptpd.  Order appointing Federal Public Defender.
☐ k20appt.   Private Counsel appointed, _____
☐ ......     Deft advises he/she will retain counsel. He/She retained _____
☐ karr.      Arraignment set _____ ☐ Detention Hearing set _____
☐ kprlxm.    Preliminary set _____ ☐ Bond Hearing set _____
☐ krmvhrg.   Identity/Removal Hearing set _____
☐ ko.(bnd.)  Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ kodtn.     No bond set at this time, ___ day DETENTION ORDER to be entered.
☐ kodtn.     ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☐ kodtn.     ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls. Deft advised of conditions of release.
☒ kloc.(LC)  ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ko.        Deft ORDERED REMOVED to Originating District.
☐ ......     WAIVER of ☐ Preliminary Hearing  ☐ Waiver of Rule 5/32.1 Hearing  ☐ Waiver of detention hearing
☒ ......     Court finds PROBABLE CAUSE ☐ ID ☒ PC.
☒ ......     REMARKS: Gov'nt's Exhibits 1, 3-7 admitted.

[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED APR 21 2006 CLERK, U.S. DISTRICT COURT By _____ Deputy]